ACCEPTED
03-14-00812-CV
4957254
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/20/2015 3:39:31 PM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-14-00812-CV

IN THE COURT OF APPEALS
FOR THE
3rd JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/20/2015 3:39:31 PM
JEFFREY D. KYLE
Clerk

---

BOBBIE WHITE,
Appellant,
VS.
JOSEFINO BENCOMO III,
Appellee

---

## APPELLEE'S FIRST UNOPPOSED
## MOTION TO EXEND TIME FOR FILING BRIEF

From the District Court, 26th Judicial District
of Williamson County, Texas
Trial Court Cause No. 14-0374-C26,
The Honorable Donna King, Judge

---

Respectfully submitted,

FRED E. WALKER, P.C.

/s/Fred E. Walker
Fred E. Walker
Texas Bar No. 20700400
609 Castle Ridge Road, Suite 220
Austin, TX 78746
Tel. (512) 330-9977
Fax. (512) 330-1686
Attorney for Defendant
Josefino Bencomo III
ATTORNEY FOR APPELLEE

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellee, Josefino Bencomo III files this Unopposed First Motion to Extend Time to File Appellee's Brief.

Appellee's opening brief is currently due on April 20, 2015.

Counsel for Appellee requests a two week extension of time to file its brief, making the brief due on May 4, 2015. This is the first request for extension of time to file the opening brief.

Counsel for Appellee relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

Counsel is recovering from a recent medical procedure and, as a result, he will not be able to prepare the brief in time to meet the Court's briefing deadline absent an extension.

Counsel for Appellee seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and he has indicated that his client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant/Appellee requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant/Appellee's Brief and extend the Deadline for Filing the Appellee's Brief up to and including May 4, 2015.

Respectfully submitted,

FRED E. WALKER, P.C.

/s/Fred E. Walker
Fred E. Walker
Texas Bar No. 20700400
609 Castle Ridge Road, Suite 220
Austin, TX 78746
Tel. (512) 330-9977
Fax. (512) 330-1686
Attorney for Defendant
Josefino Bencomo III

ATTORNEY FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellant regarding this motion and that Appellant is not opposed to this motion.

/s/Fred E. Walker
Fred E. Walker

## CERTIFICATE OF SERVICE

I certify that on April 20, 2015, I served a copy of this motion to Tony A Pitts, Counsel for Appellant, by facsimile transmission to 512-244-4355 and by email to tapitts@taplawfrim.com.

/s/Fred E. Walker